**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In Re:

NEELAM T. UPPAL,                                     CASE NO:  8:15-cv-794-JSM

    Appellant.

_____

## ORDER OF DISMISSAL

Before the Court is Appellant Neelam T. Uppal's Motion for Extension for Breif (sic) (Dkt. #3).  Upon review and consideration, the Court concludes that this appeal should be dismissed without prejudice for failure to pay the filing fee.  Specifically, the record reflects that Appellant did not comply with the Bankruptcy Judge's conditional order of dismissal for failure to pay the filing fee; thus, the Bankruptcy Judge's dismissal of Appellant's appeal was appropriate.  *See* United States District Court, Middle District of Florida, General Order No. 96-119-MISC-T, dated September 25, 1996 ("If the appellant fails to pay the filing fees as required by the [Bankruptcy Judge's] order, the appeal shall be deemed dismissed without further order of the bankruptcy court or the district court").  Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of May, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2015\15-cv-794 dismissal.docx